**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**JOANNE GLADYS CARDONA FRONTERA aka JOANNE CARDONA, aka JOANNE G CARDONA FRONTERA**

xxx–xx–8179

Debtor(s)

Case No. **14–00427 ESL**

Chapter **13**

**FILED & ENTERED ON 2/23/18**

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion on non delivery of 2013, 2014, 2015 and 2016 tax refunds filed by Trustee, docket #27.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within (14) days. Order due by 3/9/2018.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, February 23, 2018 .

Enrique S. Lamoutte
United States Bankruptcy Judge