## THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| JOANNE GLADYS CARDONA FRONTERA | CASE NO. 14-00427-ESL |
| | CHAPTER 13 |
| DEBTOR(S) | |

# TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 3/19/2018

With respect to the above-referred payment plan with a base of $9,624.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**     **X** **UNFAVORABLE**

The liquidation value of the estate is: $1,076.00 (PV:$1,248)

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Debtor should clarify why deleted the JEEP CHEROKEE 1996 disclosed in schedule B at docket 9.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 4/4/2018

ROBERTO FIGUEROA
COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CAS-JP