# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**JOANNE GLADYS CARDONA FRONTERA aka JOANNE CARDONA, aka JOANNE G CARDONA FRONTERA**

xxx–xx–**8179**

Debtor(s)

Case No. **14–00427 ESL**

Chapter **13**

**FILED & ENTERED ON 4/20/18**

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 4/4/18 (Docket No. 38). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post–confirmation modified plan (Docket No. 37).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, April 20, 2018 .

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge